# Clerk's Record

County Court at Law No. 2

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
04/13/2015 5:21:33 PM
KEITH E. HOTTLE
Clerk

Cause No. 2012PB4000048 L2
Appellee
RONALD RODRIGUEZ

VS.

DAVID BALMER
Appellant

Courts Record from the County Court at Law No. 2
Court at Laredo, Texas
Honorable Jesus Garza
As Presiding Judge

Appellant:

David Balmer
101107 McAllister Freeway
San Antonio, Texas 78216

Appellee:

Ronald Rodriguez
915 Victoria Street
Laredo, Texas 78040

Court Reporter:
Roxanne Soto, CSR
Official Court Reporter
County Court at Law Number 2
4th Floor, Justice Center
Laredo, Texas 78040

# VOLUME 1

**CAPTION**                                         **PG**

***DOCKET SHEET***                                  1-20
(FILE MARKED 04/13/2015)


***ORDER SIGNED***                                  21-23
(FILE MARKED 02/18/2015)


***NOTICE OF APPEAL OF ORDER DATED                  24-26
FEBRUARY 13, 2015***
(FILE MARKED 03/13/2015)

=====================================================================================
```
CASE NUMBER . . . . : 2012PB4000048 L2
Applicant . . . . . : AGUILAR,JOSE,LUIS,SR
S.S.# . . . . . . . : 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  D.O.B.  . . . . . . :
ADDRESS . . . . . . : 2212 BALTIMORE ST
                      LAREDO                    TX
Applicant Atty. . . : CASTILLO,JOSE,LUIS,              PHONE NUMBER: 000-000-0000
ADDRESS . . . . . . : 809 VICTORIA ST STE 201
                      LAREDO                    TX  78040

                      AGUILAR,EUDELIA,,
S.S.# . . . . . . . : 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  D.O.B.  . . . . . . :
ADDRESS . . . . . . : 4310 SANTA RITA
                      LAREDO                    TX  78040


Deceased. . . . . . : AGUILAR,CARLOS,,
S.S.# . . . . . . . : 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  D.O.B.  . . . . . . :
ADDRESS . . . . . . : 2212 BALTIMORE ST
                      LAREDO                    TX
CASE STATUS . . . . : Active       STATUS DATE . . . . :  6/04/2012
CASE DISPOSITION  . :              DISPOSITION DATE  :

ENTRY/FILING DATE . :  6/04/2012

JUDGE . . . . . . . : J. Garza
HEARING TYPE  . . . :
ADMIN. TERM. CODE . :              IND. TERM. CODE . :

APPLICATION . . . . : ADMINISTRATION
DATE OF DEMISE  . . :  5/29/2012
```

```
ACTIVITY DATE   ACTIVITY DESCRIPTION                                    ACTIVITY TYPE
-----------     ----------------------------------------------------    -----------
 5/29/2012   Complaint                                                  Complaint
     ADMINISTRATION

 6/01/2012   Filing Papers                                              File Paprs
     APPLICATION FOR LETTERS OF ADMINISTRATION WAS FILED BY ATTY.
     JOSE LUIS CASTILLO.FILING FEES WAS PAID BY CHECK #9071 $298.00 (BG)

 6/04/2012   Case Status                                                CaseStatus
     Case Status entered as ACTV.
     Case Status ACTV: Active
     For CARLOS AGUILAR
             Notes                                                      Notes
     CITATION FOR POSTING WAS ISSUED AND SENT TO SHERIFF'S DEPT FOR
     SERIVCE.CITATION LAPSES ON 6/18/2012.(BG)
             Filing Papers                                              File Paprs
     COPY OF CITATION FOR POSTING WAS RETURNED FILED MARKED BY THE
     SHERIFF'S DEPT.(BG)

 6/18/2012   Filing Papers                                              File Paprs
```

1

================================================================================

CASE NUMBER . . . . : 2012PB4000048 L2
    ORIGINAL CITATION FOR POSTING WAS RETURNED EXECUTED ON 6/4/2012.(BG)

  6/21/2012    Filing Papers                                       File Paprs
    FIRST AMENDED APPLICATION FOR LETTERS OF ADMINISTRATION,DEATH
    CERTIFICATE & FIAT WAS FILED BY HERNANDEZ AND CASTILLO LAW OFFICE.
    PAID A FEE OF $9.00 , TRANSACTION # 24810 .(BG)

  6/22/2012    Filing Papers                                       File Paprs
    FIAT WAS FILED BY LAW OFFICE OF HERNANDEZ AND CASTILLO WILL SEND UP
    TO CCL2 FOR JUDGES SIGNATURE.(BG)

  7/11/2012    Filing Papers                                       File Paprs
    FIAT FOR APPLICANTS, EUDELIA AGUILAR AND VANESSA ARCE'S FIRST AMENDED
    APPLICATION FOR LETTERS OF ADMINISTRATION ON 8/15/12 @ 8:30 AM,
    RECEIVED SIGNED BY JUDGE GARZA. (NR)
             Filing Papers                                         File Paprs
    ORDER APPOINTING ATTORNEY AD LITEM (JESUS DOMINGUEZ), RECEIVED SIGNED
    BY JUDGE GARZA. (NR)
             Filing Papers                                         File Paprs
    ORDER APPOINTING ATTORNEY AD LITEM (ROSAURA TIJERINA), FOR CARLA
    AGUILAR AND KARIME AGUILAR, RECEIVED SIGNED BY JUDGE GARZA. (NR)
             Court Case Assignment                                 Case Assgn
    Court date/time: 8/15/2012  8:30     Hearing Type:  125 ProbateWil
    Assignment of court date/time.
    Status entered as Open
             Notes                                                 Notes
    FAXED ORDER APPOINTING ATTY AD LITEM (JESUS DOMINGUEZ), ORDER
    APPOINTING ATTY AD LITEM (ROSAURA TIJERINA) AND FIAT ON FIRST AMENDED
    APPLICATION FOR LETTERS OF ADMINISTRATION ON 8/15/12 @ 8:30 AM, TO
    ATTYS JOSE LUIS CASTILLO, JESUS DOMINGUEZ AND ROSAURA TIJERINA.
    CONFIRMATIONS ON FILE. (NR)

  7/12/2012    Filing Papers                                       File Paprs
    ANSWER OF ATTORNEY AD LITEM FILED BY ATTORNEY AD LITEM JESUS M.
    DOMINGUEZ. (VM)

  7/17/2012    Filing Papers                                       File Paprs
    ANSWER OF ATTORNEY AD LITEM, FILED BY ATTY ROSAURA TIJERINA. (NR)

  8/15/2012    Notes                                               Notes
    CASE CALLED THE HONORABLE JUDGE JESUS GARZA PRESIDING, ROXANNE SOTO
    (COURT REPORTER) ATTY JOSE LUIS CASTILLO (P) FOR EUDELIA AGUILAR &
    VANESSA ARCE (P), ATTY AD LITEMS ROSAURA TIJERINA & JESUS DOMINGUEZ
    (P). APPLICATION FOR LETTERS OF ADMINISTRATION, GRANTED BY THE COURT.
    BOND SET AT $500.00 (SURETY), GRANTED BY THE COURT. PROOF OF DEATH &
    OTHER FACTS, OATH EXECUTED IN OPEN COURT. RATIFY ANY CONTRACTS
    PENDING AD LITEMS SIGNATURE (PENDING). INVENTORY DUE 11/14/12 @ 8:30
    AM. (NR)
             Court Case Assignment                                 Case Assgn
    Court date/time: 11/14/2012  8:30    Hearing Type:  205 Inventory
    Assignment of court date/time.

2

```
          W E B B   C O U N T Y   J U D I C I A L   S Y S T E M
                        CIVIL CASE DOCKETS
Webb County Courts - Live                              PAGE      3
DATE    4/13/15                                        MV0260
TIME    11:04:08                                       CCRL01
```

```
=============================================================================
```
CASE NUMBER . . . . : 2012PB4000048 L2
    Status entered as Open

11/14/2012    Notes                                              Notes
    *** IN CHAMBERS ***
    CASE CALLED THE HONORABLE JUDGE JESUS GARZA PRESIDING, ROXANNE SOTO
    (COURT REPORTER) ATTY JOSE LUIS CASTILLO (P) NO OTHER PARTIES
    PRESENT. INVENTORY WAS FILED IN OPEN COURT, WILL BE GRANTED ONCE 10
    DAYS HAVE LAPSED AND NO OBJECTION IS FILED. NO FURTHER COURT DATE
    GIVEN. (NR)

11/20/2012    Filing Papers                               File Paprs
    CLARISSA AGUILAR'S ORIGINAL ANSWER,OPPOSITIONS AND OBJECTIONS AND
    REQUES FOR JURY TRIAL ALONG WITH FIAT WAS FILED BY ATTY RONALD
    RODRIGUEZ. RECEIPT#201229127 TRANSACTION #42874 PAID $22.OO (BG)

11/26/2012    Notes                                              Notes
    FILE WAS SENT TO CCL2 FOR JUDGE'S SIGNATURE BUT RETURNED BACK SINCE
    CHRIS GARZA IS NOT AVAILABLE AND FILE WILL BE SENT AGAIN
    TOMORROW 11/27/2012 WHEN CHRIS IS THERE. (LR)

11/30/2012    Filing Papers                               File Paprs
    CLARISS AGUILAR'S OPPOSITION AND OBJECTION TO VANESSA ARCE'S COMMON
    LAW WIFE CLAIM AND REQUEST FOR JURY TRIAL WAS FILED BY ATTY RONALD
    RODRIGUEZ.(BG)

12/03/2012    Notes                                              Notes
    FILE SENT TO CCL2 FOR JUDGE'S SIGNATURE ON ORDER APPROVING INVENTORY.
    DELIVERED BY MR. LOPEZ/. (LG)

12/13/2012    Notes                                              Notes
    FILE WAS BROUGHT BACK DOWN FROM CCL2 TO MAKE REQUESTED COPIES FOR
    LOUIS GROSS AND WAS SENT BACK TO CCL2.(VM)

12/21/2012    Filing Papers                               File Paprs
    NOTICE OF APPEARANCE AND CO-ADMINISTRATOR'S RESPONSE TO CLARISSA
    AGUILAR'S ORIGINAL ANSWER, OPPOSITIONS AND OBJECTIONS, AND REQUEST
    FOR JURYTRIAL FILED BY DAVID G. BALMER, ATTORNEY FOR
    CO-ADMINISTRATORS, ALONG WITH ORDER GRANTING LETTERS OF
    ADMINISTRATION PENDING JUSGE'S SIGNATURE. (LG)

 1/10/2013    Filing Papers                               File Paprs
    CO-ADMINISTRATOR'S RESPONSE TO CLARISSA AGUILAR'S OPPOSITION AND
    OBJECTION TO VANESSA ARCE'S COMMON LAW WIFE CLAIM AND REQUEST FOR
    JURY TRIAL WAS FILED BY ATTORNEY FOR CO-ADMINISTRATORS DAVID G.
    BALMER.(FL)
              Notes                                              Notes
    MOTION TO DEPOSIT ESTATE FUNDS IN REGISTRY OF THE COURT ALONG WITH
    ORDER FOR THE ESTATE FUNDS TO BE DEPOSITED IN THE REGISTRY OF THE
    COURT WERE FILED BY ATTORNEY FOR CO-ADMINISTRATORS DAVID G. BALMER.
    FILE SENT TO CCL2 FOR JUDGES SIGNATURE.(FL)

 1/28/2013    Filing Papers                               File Paprs
```

========================================================================

CASE NUMBER . . . . . : 2012PB4000048 L2
     MOTION TO QUASH AND FOR PROTECTIVE ORDER ALONG WITH PROTECTIVE ORDER
     WERE FILED BY ATTORNEY JOSE LUIS CASTILLO.FILE SENT TO CCL2 FOR
     JUDGES SIGNATURE.(FL)

  1/09/2014     Notes                                         Notes
     MADE COPIES REQUESTED BY VAN OSSELAER AND BUCHANAN LLP. TOTAL OF 73
     COPIES PAID WITH CHECK NUMBER 010542 $73.00 .LEFT A MESSAGE FOR MRS.
     LORETTA NESBITT TO SCHEDULE PACKAGE PICK UP THROUGH LONESTAR
     OVERNIGHT.LDP

  3/14/2014     Notes                                         Notes
     FILE SENT TO CCL2 FOR JUDGES SIGNATURE ON ORDER APPROVING INVENTORY.
     INVENTORY WAS FILED ON 11/14/2012 THOUGH ORDER WAS NEVER SENT TO
     CCL2 FOR SIGNATURE.(FL)

  3/17/2014     Filing Papers                                 File Paprs
     ORDER APPROVING IVENTORY,APPRAISEMENT & LIST OF CLAIMS WAS RECEIVED
     FROM CCL2 SIGNED BY JUDGE GARZA.(FL)

  6/17/2014     Filing Papers                                 File Paprs
     MOTION FOR APPROVAL/RATIFICATION OF SETTLEMENT OF ESTATE CLAIMS AND
     FIAT WERE FILED BY ATTORNEY DAVID G. BALMER. FIAT WAS SENT TO CCL2
     FOR JUDGE'S SIGNATURE. (LR)
                Filing Papers                                 File Paprs
     FIAT ON APPLICATION FOR APPROVAL/RATIFICATION OF SETTLEMENT OF
     ESTATE'S  CLAIMS ON 08/27/2014 @ 8:30AM WAS RECEIVED FROM CCL2 SIGNED
     BY JUDGE GARZA.(FL)

  6/18/2014     Notes                                         Notes
     FAX COVER SHEET WITH NOTICE OF HEARING ALONG WITH FIAT ON APPLICATION
     FOR APPROVAL/RATIFICATION OF SETTLEMENT OF ESTATE'S CLAIMS ON
     08/27/2014 @ 8:30AM WAS SENT VIA FAX TO ALL COUNSEL OF RECORD.(FL)
     DAVID G. BALMER AT 210-617-4601 CONFIRMATION IN FILE RONALD RODRIGUEZ
     AT 956-796-1002 CONFIRMATION IN FILE JESUS M. DOMINGUEZ AT
     956-728-1491 CONFIRMATION IN FILE ROSAURA "WAWI" TIJERINA AT
     956-722-1076 CONFIRMATION IN FILE
                Court Case Assignment                         Case Assgn
     Court date/time: 8/27/2014  8:30     Hearing Type:   48 Status
     Assignment of court date/time.
     Status entered as Open

  6/20/2014     Filing Papers                                 File Paprs
     CLARISSA AGUILAR'S OPPOSITION AND OBJECTION TO MOTION FOR
     APPROVAL/RATIFICATION OF SETTLEMENT OF ESTATE CLAIMS WAS FILED BY
     ATTORNEY RONALD RODRIGUEZ. (LR)
                Notes                                         Notes
     CHRIS CASAREZ REQUESTED CASE FOR REVIEW. FILE SENT TO COUNTY COURT
     AT LAW NO 2. LDP

  6/30/2014     Filing Papers                                 File Paprs
     COVER LETTER FROM THE LAW OFFICES OF RONALD RODRIGUEZ ADDRESSED TO

```
                    W E B B   C O U N T Y   J U D I C I A L   S Y S T E M
                               CIVIL CASE DOCKETS
Webb County Courts - Live                                          PAGE        5
DATE    4/13/15                                                    MV0260
TIME    11:04:08                                                   CCRL01
```

===================================================================================

CASE NUMBER . . . . : 2012PB4000048 L2
      JUDGE JESUS GARZA WAS RECEIVED FROM CCL2 FOR FILING.(FL)
              Filing Papers                                    File Paprs
      FAX LETTER FROM BALMER LAW FIRM DATED JUNE 27,2014 ADDRESSED TO
      JUDGE JESUS GARZA WAS RECEIVED FOR FILING FROM CCL2.(FL)
              Filing Papers                                    File Paprs
      ORDER TO WITHDRAW ATTORNEY AD-LITEM AND APPOINTMENT OF NEW ATTORNEY
      JESUS GUILLEN WAS RECEIVED FROM CCL2 SIGNED BY JUDGE GARZA.(FL)
              Filing Papers                                    File Paprs
      ORDER FOR SETTING ON MOTION FOR APPROVAL/RATIFICATION OR MODIFICATION
      OF SETTLEMENT OF ESTATE CALIMS ON 07/03/2014 @ 9:00AM WAS RECEIVED
      FROM CCL2 SIGNED BY JUDGE GARZA.(FL)
              Notes                                            Notes
      FAX COVER SHEET WITH NOTICE OF HEARING ON MOTION FOR APPROVAL/
      RATIFICATION OR MODIFICATIONS OF SETTLEMENT OF ESTATE CALIMS WAS SENT
      VIA FAX TO COUNSEL OF RECORD.(FL)
      DAVID G. BALMER @ 210-617-4601 CONFIRMATION IN FILE.
      RONALD RODRIGUEZ @ 956-796-1002 CONFIRMATION IN FILE.
      JESUS M. DOMINGUEZ @ 956-728-1491 CONFIRMATION IN FILE.
      JESUS GUILLEN @ 956-791-9502 CONFIRMATION IN FILE.

7/01/2014      Court Case Assignment                          Case Assgn
      Court date/time: 7/03/2014  9:00      Hearing Type:   48 Status
      Assignment of court date/time.
      Status entered as Open
              Filing Papers                                    File Paprs
      MOTION TO WITHDRAW ATTORNEY AD LITEM AND FOR APPOINTMENT OF NEW
      ATTORNEY AD LITEM FILED BY RONALD RODRIGUEZ. (LS)

7/02/2014      Notes                                          Notes
      *******BEGINNING OF FILE #2***********
              Filing Papers                                    File Paprs
      ANSWER OF ATTORNEY AD LITEM-JESUS GUILLEN FILED VIA EFILED BY JESUS
      GUILLEN. (LG)

7/03/2014      Filing Papers                                  File Paprs
      WITNESS SUBPOENA PURSUANT TO THE TEXAS RULES OF CIVIL PROCEDURE FOR
      JESUS DOMINGUEZ WITH PROOF OF SERVICE BY PERSONAL DELIVERY EXECUTED
      ON 07/01/2014 BY PROCESS SERVER GABRIEL A. HERNANDEZ.RECEIVED FILED
      BY PROCESS SERVER.(FL)
              Other                                            Other
      ***MOTION FOR APPROVAL/RATIFICATION OR MODIFICATIONS OF SETTLEMENT OF
      ESTATE CALIMS***
      CASE CALLED THE HONORABLE JUDGE JESUS GARZA PRESIDING.ROXANN SOTO
      (CRT.REPORTER).DAVID G. BALMER(P), AND RYAN ANDERSON(P), ATTORNEY'S
      FOR CO-ADMINISTRATORS, EUDELIA AGUILAR(NP), AND VANESSA ARCE(NP).
      RONALD RODRIGUEZ(P), WILLARD CLARK(P), AND CRAIG S. SMITH(P),
      ATTORNEY'S FOR CLARISSA AGUILAR(P).JESUS M. DOMINGUEZ(P), ATTORNEY
      FOR,CARLOS AGUILAR(NP),ALYSSA NICOLE AGUILAR(NP),ANDREW AGUILAR(NP),
      MARCUS AGUILAR(NP), AND KAYLEE ANNETTE AGUILAR(NP) (MINOR CHILDREN).
      JESUS GUILLEN(P), ATTORNEY AD-LITEM FOR, CARLA AGUILAR(NP), AND
      KARIME AGUILAR(NP) (MINOR CHILDREN). MR.RODRIGUEZ ADDRESSED THE COURT

================================================================================
CASE NUMBER . . . . : 2012PB4000048 L2
    WITH A BRIEF ON THE CASE TO UPDATE THE COURT ABOUT THE CASE.
    MR.RODRIGUEZ ALSO ADDRESSED THE COURT IN REGARDS TO THEIR REQUEST.
    MR.BALMER ADDRESSED THE COURT WITH A BRIEF ON THE CASE AND GAVE COURT
    AN UPDATE ON THE CASE. MR.RODRIGUEZ ADDRESSED THE COURT ON MOTION
    TO WITHDRAW ATTORNEY AD-LITEM AND FOR APPOINTMENT OF NEW ATTORNEY
    AD-LITEM. MR.DOMINGUEZ STATED TO THE COURT THAT HE WILL NEED MORE
    TIME TO MAKE A DEFENSE TO THE MOTION TO WITHDRAW.(10:39AM) COURT TOOK
    RECESS.(11:35AM) BACK ON THE RECORD, JUDGE GARZA STATED ON THE RECORD
    THAT THE COURT MEET WITH COUNSEL AND AD-LITEMS IN CHAIMBERS
    AND STATED THAT BEFORE THE COURT CONTINUES AND MAKES ANY RULING
    THE COURT HAS TO SET UP A PROTECTIVE ORDER FIRST. A REQUEST MADE
    BY MR.SMITH TO HAVE MR.BALMER AND MR. ANDERSON TO PRODUCE SETTLEMENT
    AGREEMENT FROM MEDIATION FROM 06/02/2014 & 06/03/2014, THE REQUEST
    WAS DENIED BY THE COURT.(11:50AM) COURT TOOK RECESS TO ALLOW COUNSEL
    AND AD-LITEMS TO EXCHANGE AND REVIEW DOCUMENTS.(1:54PM) BACK ON THE
    RECORD. MR.RODRIGUEZ ADDRESSED THE COURT AND ADVISED THE COURT THAT
    NO AGREEMENT WAS REACHED. MR.BALMER ADDRESSED THE COURT. JUDGE STATED
    ON THE RECORD THAT AS PER CONVERSATION WITH JUDGE MUNIZ THE COURT
    WILL AGREE TO THAT AGREEMENT.THE COURT STATED TO MR.GUILLEN THAT
    MEDIATION AGREEMENTS MUST BE PROVIDED TO MR.RODRIGUEZ NO LATER THAN
    08/01/2014 OR BY NEXT COURT SETTING ON 08/13/2014 @ 8:30AM. ANN
    JOHNSON ADDRESSED THE COURT IN REGARDS TO MONEY THAT WOULD BE
    DEPOSITED INTO THE REGISTRY OF THE COURT $656,000.00 AND THAT
    PAYMENTS SHOULD NOT BE MADE UNTIL SETTLEMENT AGREEMENT IS SIGNED.
    MR.ANDERSON STATED TO THE COURT THE EXACT AMOUNT THAT WOULD BE
    DEPOSITED INTO THE REGISTRY OF THER COURT $656,002.48 IN PART OF THE
    ESTATE CLAIM. SETTLEMENT AGREEMENT ORDER PENDING TO BE FILED.
    MR.DOMINGUEZ ADDRESSED THE COURT IN REGARDS TO THE CHANGE IN ATTORNEY
    AD-LITEM'S WHICH WILL BE MR.GUILLEN WOULD BE ATTORNEY AD-LITEM FOR
    CARLOS AGUILAR, ALYSSA NICOLE AGUILAR, ANDREW AGUILAR, MARCUS
    AGUILAR, AND KAYLEE ANNETTE AGUILAR (MINOR CHILDREN) AND MR.DOMINGUEZ
    WOULD BE ATTORNEY AD-LITEM FOR CARLA AGUILAR, AND KARIME AGUILAR
    (MINOR CHILDREN).ORDER PENDING TO BE FILED. NEXT COURT SETTING FOR
    ATTORNEY  FEES AND DISTRIBUTION OF FUNDS ON 08/13/2014 @ 8:30AM.
    ORDER ON MOTION TO APPROVE AND MODIFY THE SETTLEMENT AND CLARISSA
    AGUILAR'S OBJECTION,ORDER TO CANCEL AD-LITEM CONTRACT WERE PRESENTED
    TO THE COURT THOUGH NOT SIGNED BY THE COURT.(FL)
            Filing Papers                                    File Paprs
    BRIEF IN SUPPORT OF CLARISSA AGUILAR'S OPPOSITION AND OBJECTION TO
    MOTION FOR APPROVAL/RATIFICATION OF SETTLEMENT OF ESTATE CLAIMS WITH
    CERTIFICATE OF SERVICE WAS RECEIVED FILED BY ATTORNEY RONALD
    RODRIGUEZ.(FL)
            Filing Papers                                    File Paprs
    WITNESS SUBPOENA PURSUANT TO THE TEXAS RULES OF CIVIL PROCEDURE FOR
    VANESSA ARCE WITH PROOF OF SERVICE BY PERSONAL DELIVERY EXECUTED ON
    07/01/2014 BY PROCESS SERVER GABRIEL A. HERNANDEZ.RECEIVED FILED BY
    PROCESS SERVER.(FL)

  7/07/2014    Notes                                         Notes
    ORDER AUTHORIZING SETTLEMENT OF ESTATE CLAIMS WAS E-FILED BY DAVID
    BALMER.(RL)

==============================================================================

CASE NUMBER . . . . : 2012PB4000048 L2
             Notes                                          Notes
    FILE WAS SENT TO CCL#2 FOR JUDGE'S SIGNATURE ON ORDER AUTHORIZING
    SETTLEMENT OF ESTATE CLAIMS.(RL)
             Filing Papers                                 File Paprs
    ORDER AUTHORIZING SETTLEMENT OF ESTATE CLAIMS SIGNED BY JUDGE JESUS
    GARZA. (LG)
             Notes                                          Notes
    ORDER ON CHANGE IN ATTORNEY AD LITEMS FILED LAW OFFICE OF JESUS
    GUILLEN. SENT TO COUNTY COURT AT LAW NO 2 FOR JUDGES SIGNATURE. LDP

  7/08/2014      Court Case Assignment                     Case Assgn
    Court date/time: 8/13/2014  9:00    Hearing Type:   48 Status
    Assignment of court date/time.
    Status entered as Open

  7/10/2014      Filing Papers                             File Paprs
    ORDER ON CHANGE IN ATTORNEY AD-LITEMS WAS RECEIVED FROM CCL2 SIGNED
    BY JUDGE GARZA.(FL)

  7/22/2014      Filing Papers                             File Paprs
    COVER LETTER DATED JULY 23, 2014 FROM BUCHANAN DIMASI DANCY GRABOUSKI
    ENCLOSED WITH CHECK#1100028114 FROM ZURICH AMERICAN INSURANCE FOR
    $656,002.48 WAS RECEIVED AND DEPOSITED INTO THE REGISTRY OF THE
    COURT.COPY OF CHECK, DEPOSIT SLIP,AND RECEIPT ARE IN FILE.CHECK
    BROUGH IN TO DEPOSIT BY ATTORNEY RONALD RODRIGUEZ.(FL)

  8/08/2014      Filing Papers                             File Paprs
    CLARISSA AGUILAR'S MOTION TO COMPEL VANESSA ARCE TO RESPOND TO
    REQUEST FOR PRODUCTION AND MOTION FOR CONTINUANCE, REQUEST FOR
    PRODUCTION, AND ORDER SETTING HEARING ON CLARISSA AGUILAR'S
    OPPOSITION AND OBJECTION TO MOTION FOR APPROVAL/RATIFICATION OF
    SETTLEMENT OF ESTATE CLAIMS AND CLARISSA AGUILAR'S MOTION TO COMPEL
    VANESSA ARCE TO RESPOND TO REQUEST FOR PRODUCTION AND MOTION FOR
    CONTINUANCE WERE RECEIVED EFILED BY ATTORNEY RONALD RODRIGUEZ.PENDING
    JUDGES SIGNATURE. RECEIPT IN FILE.(FL)
             Notes                                          Notes
    FILE SENT TO CCL2 FOR JUDGES SIGNATURE ON ORDER SETTING HEARING.(FL)
             Filing Papers                                 File Paprs
    SUBPOENA FOR JESUS "CHUY" DOMINGUEZ WAS RETURNED BY PROCESS SERVER
    JOSEFINA SOLIZ REFUSED TO SIGN BY PARTY TO BE SERVED, AND ATTACHED
    WITH AFFIDAVIT OF SERVICE WAS RECEIVED FILED BY PROCESS SERVER
    JOSEFINA SOLIZ.(FL)

  8/11/2014      Filing Papers                             File Paprs
    SUBPOENA FOR JOHN SOLIS WAS RETURNED AND EXECUTED ON 08/11/2014 BY
    GABRIEL A. HERNANDEZ PRIVATE PROCESS SERVER.(FL)
             Filing Papers                                 File Paprs
    SUBPOENA FOR VANESSA ARCE WAS RETURNED AND EXECUTED ON 08/08/2014 BY
    DANIEL DE LUNA PRIVATE PROCESS SERVER.(FL)
             Notes                                          Notes
    RECIEVED A PHONE CALL FROM CHRIS CASAREZ COURT COORDINAOR ADVISING

=============================================================================

CASE NUMBER . . . . . : 2012PB4000048 L2
     US TO RESET CASE FROM 08/13/2014 TO SEPTEMBER 12,2014 AT 9:00 A.M.
     LDP.

  8/12/2014      Court Case Assignment                          Case Assgn
     Court date/time: 8/13/2014  9:00      Hearing Type:   48 Status
     Status changed from Open        to Post/
                  Court Case Assignment                          Case Assgn
     Court date/time: 9/12/2014  9:00      Hearing Type:   48 Status
     Assignment of court date/time.
     Status entered as Open
                  Notes                                              Notes
     FAX COVER SHEET WITH NOTICE OF RESET FROM 08/13/2014 @ 8:30AM TO
     09/12/2014 @ 8:30AM FOR ATTORNEY FEES AND DISTRIBUTION OF FUNDS WAS
     SENT VIA FAX TO ALL COUNSEL OF RECORD.(FL)
     DAVID G. BALMER @ 210-617-4601 CONFIRMATION IN FILE.
     RONALD RODRIGUEZ @ 956-796-1002 CONFIRMATION IN FILE.
     JESUS M. DOMINGUEZ @ 956-728-1491 CONFIRMATION IN FILE.
     JESUS GUILLEN @ 956-791-9502 CONFIRMATION IN FILE.

  8/18/2014      Notes                                              Notes
     ORDER SETTING HEARING ON CLARISSA AGUILAR'S MOTION TO COMPEL VANESSA
     ARCE TO RESPOND TO REQUEST FOR PRODUCTION AND MOTION  FOR CONTINUANCE
      WAS RECEIVED EFILED BY ATTORNEY RONALD RODRIGUEZ.PENDING JUDGES
     SIGNATURE.RECEIPT IN FILE.(FL)

  8/19/2014      Notes                                              Notes
     ORDER SETTING HEARING ON CLARISSA AGUILAR'S MOTION TO COMPEL VANESSA
     ARCE TO RESPOND TO REQUEST FOR PRODUCTION AND MOTION FOR CONTINUANCE.
     WAS SENT TO CCL2 FOR JUDGES SIGNATURE.(FL)

  8/22/2014      Notes                                              Notes
     ***CONFIRMED WITH CCL2 MRS.RODRIGUEZ ON FILE BEIGN UP STAIRS WITH
     COURT REPORTER****
                  Telephone Call                                 Phone Call
     PHONE CALL RECEIVED FROM CCL2 CHRIS CASAREZ PROBATE COURT COORDINATOR
     IN REGARDS TO REMOVING CASE FROM COURT'S DOCKET ON 08/27/2014 @
     8:30AM AND STATED CASE IS SET ON 09/12/2014 @ 9:00AM.(FL)
                  Court Case Assignment                          Case Assgn
     Court date/time: 8/27/2014  8:30      Hearing Type:   48 Status
     Status changed from Open        to Cance

  9/03/2014      Telephone Call                                 Phone Call
     RECEIVED PHONE CALL FROM PROBATE COURT COORDINATOR CHRIS CASAREZ IN
     REGARDS TO RESETTING CASE FROM 09/12/2014 @ 9:00AM FOR ATTORNEY FEES
     AND DISTRIBUTION OF FUNDS TO 09/17/2014 @ 8:30AM AND TO SET CLARISSA
     AGUILAR'S MOTION TO COMPEL VANESSA ARCE TO RESPOND TO REQUEST FOR
     PRODUCTION AND MOTION FOR CONTINUANCE ON 09/12/2014 @ 9:00AM AS PER
     COURT ORDER.(FL)
                  Filing Papers                                  File Paprs
     ATTORNEY AD-LITEM'S MOTION TO COMPEL DAVID G. BALMER TO PRODUCE
     AGREEMENTS WITH CERTIFICATE OF SERVICE ALONG WITH NOTICE OF HEARING

===============================================================================
CASE NUMBER . . . . : 2012PB4000048 L2
      WAS RECEIVED EFILED BY ATTORNEY JESUS GUILLEN.PENDING JUDGES
      SIGNATURE. RECEIPT IN FILE.(FL)

   9/04/2014      Notes                                            Notes
      FAX COVER SHEET WITH NOTICE OF RESET FROM 09/12/2014 @ 9:00AM TO
      09/17/2014 @ 8:30AM FOR ATTORNEY FEES AND DISTRIBUTION OF FUNDS WAS
      FAX TO ALL COUNSEL OF RECORD.(FL)
      DAVID G. BALMER @ 210-617-4601 CONFIRMATION IN FILE.
      RONALD RODRIGUEZ @ 956-796-1002 CONFIRMATION IN FILE.
      JESUS M. DOMINGUEZ @ 956-728-1491 CONFIRMATION IN FILE.
      JESUS GUILLEN @ 956-791-9502 CONFIRMATION IN FILE.
                     Notes                                         Notes
      FAX COVER SHEET WITH NOTICE OF SETTING ON 09/12/2014 @ 9:00AM FOR
      CLARISSA AGUILAR'S MOTION TO COMPEL VANESSA ARCE TO RESPOND TO
      REQUEST FOR PRODUCTION AND MOTION FOR CONTINUANCE WAS SENT VIA FAX TO
      ALL COUNSEL OF RECORD.(FL) DAVID G. BALMER @ 210-617-4601
      CONFIRMATION IN FILE. RONALD RODRIGUEZ @ 956-796-1002 CONFIRMATION IN
      FILE. JESUS M. DOMINGUEZ @ 956-728-1491 CONFIRMATION IN FILE. JESUS
      GUILLEN @ 956-791-9502 CONFIRMATION IN FILE.
                     Notes                                         Notes
      NOTICE OF HEARING ON MOTION TO COMPEL DAVID G. BALMER TO PRODUCE
      AGREEMENTS WAS SENT TO CCL2 FOR JUDGES SIGNATURE FILE IS CURRENTLY
      UPSTAIRS WITH COURT REPORTER.(FL)

   9/05/2014      Filing Papers                               File Paprs
      AD LITEMS REQUEST FOR PRODUCTION TO CLARISSA AGUILAR ALONG WITH
      CERTIFICATE OF SERVICE AND EXHIBIT A, EFILED BY JESUS GUILLEN. (LS)

   9/09/2014      Filing Papers                               File Paprs
      MOTION TO DISQUALIFY JESUS DOMINGUEZ AS ATTORNEY AD-LITEM WITH
      CERTIFICATE OF SERVICE ALONG WITH ORDER SETTING HEARING WAS RECEIVED
      EFILED BY ATTORNEY RONALD RODRIGUEZ.RECEIPT IN FILE.PENDING JUDGES
      SIGNATURE.(FL)
                     Telephone Call                          Phone Call
      PHONE CALL RECEIVED FROM CCL2 COURT COORDINATOR IN REGARDS TO
      RESETTING CLARISSA AGUILAR'S MOTION TO COMPEL VANESSA ARCE TO RESPOND
      TO REQUEST FOR PRODUCTION AND MOTION FOR CONTINUANCE FROM 9/12/2014
      @ 9:00AM TO 9/17/2014 @ 8:30AM WITH ATTORNEY FEES AND DISTRIBUTION OF
      FUNDS.(FL)
                     Telephone Call                          Phone Call
      RECEIVED PHONE CALL FROM CHRIS CASAREZ PROBATE COURT COORDINATOR IN
      REGARDS TO REMOVING CASE FROM COURT DOCKET ON 09/12/2014 AND FROM
      COURT DOCKET FROM 09/17/2014. NO FURTHER COURT DATE WAS GIVEN.(FL)
                     Notes                                         Notes
      ORDER SETTING HEARING ON MOTION TO DISQUALIFY JESUS DOMINGUEZ AS
      ATTORNEY AD-LITEM WAS SENT TO CCL2 FOR JUDGES SIGNATURE.FILE IS
      CURRENTLY UPSTAIRS.(FL)

   9/10/2014      Notes                                            Notes
      FAX COVER SHEET WITH COURT'S NOTICE OF REMOVAL FROM COURT'S DOCKET
      FROM 09/12/2014 @ 9:00AM AND FROM 09/17/2014 @ 8:30AM WERE SENT VIA

================================================================================
CASE NUMBER . . . . . : 2012PB4000048 L2
     FAX TO ALL COUNSEL OF RECORD.(FL)
     DAVID G. BALMER @ 210-617-4601 CONFIRMATION IN FILE.
     RONALD RODRIGUEZ @ 956-796-1002 CONFIRMATION IN FILE.
     JESUS M. DOMINGUEZ @ 956-728-1491 CONFIRMATION IN FILE.
     JESUS GUILLEN @ 956-791-9502 CONFIRMATION IN FILE.
            Court Case Assignment                          Case Assgn
     Court date/time: 9/12/2014  9:00     Hearing Type:  48 Status
     Status changed from Open        to Cance
            Filing Papers                                   File Paprs
     MOTION TO QUASH DEPOSITION OF COUNSEL, DAVID BALMER AND FOR
     PROTECTIVE ORDER ALONG WITH EXHIBIT A(FAX COVER SHEET, AND NOTICE OF
     INTENTION TO TAKE DEPOSITION) WERE EFILED BY ATTY DAVID BALMER.
     RECEIPT IN FILE. (LR)
            Filing Papers                                   File Paprs
     MOTION TO QUASH DEPOSITION OF VANESSA ARCE AND FOR PROTECTIVE ORDER
     ALONG WITH EXHIBIT A(FAX COVER SHEET, AND NOTICE OF INTENTION TO TAKE
     DEPOSITION) WERE EFILED BY ATTY DAVID BALMER. RECEIPT IN FILE. (LR)

9/16/2014     Notes                                         Notes
     MOTION TO QUASH DEPOSITION OF COUNSEL, DAVID BALMER AND FOR
     PROTECTIVE ORDER, AND MOTION TO QUASH DEPOSITION OF VANESSA ARCE AND
     OFR PORTECTIVE ORDER WAS SENT INTER-OFFICE TO CCL2 TO BE PLACE INSIDE
     THE FILE. (LR)

9/17/2014     Filing Papers                                 File Paprs
     MOTION TO QUASH AND FOR PROTECTIVE ORDER, ALONG WITH EXHIBIT A NOTICE
     OF INTENTION TO TAKE DEPOSITION, ORDER, AND ORDER SETTING HEARING WAS
     EFILED BY ATTY JESUS DOMINGUEZ. RECEIPT IN FILE. (LR)
            Notes                                           Notes
     FILE REMAINS UPSTAIRS AT CCL2. MOTION WAS TAKING UPSTAIRS BY MS.
     GONZLAES TO BE PLACE INSIDE THE FILE. (LR)

9/18/2014     Filing Papers                                 File Paprs
     AD LITEM'S REQUEST FOR PRODUCTION TO CLARISSA AGUILAR ALONG WITH
     EXHIBIT A WERE EFILIED BY ATTY JESUS GUILLEN. RECEIPT IN FILE. (LR)
            Notes                                           Notes
     FILE REMAINS UPSTAIRS IN CCL2. AD LITEM'S REQUEST WAS TAKING TO
     CCL2 BY MS.GONZALES TO BE PLACE INSIDE THE FILE. (LR)

9/19/2014     Filing Papers                                 File Paprs
     ORDER ON THE MOTION TO QUASH AND FOR PROTECTIVE SERVICES WAS RECEIVED
     AND SIGNED BY JUDGE GARZA.(NB)
            Filing Papers                                   File Paprs
     FIAT WAS RECEIVED AND SET FOR MOTION TO QUASH AND FOR A PROTECTIVE
     SERVICES ON 10/15/2014 AT 1:00 P.M., SIGNED BY JUDGE GARZA.(NB)
            Filing Papers                                   File Paprs
     ORDER SETTING HEARING ON THE MOTION TO DISQUALIFY JESUS DOMINGUEZ AS
     ATTORNEY AD LITEM IS SET FOR 10/15/2014 AT 1:00 P .M., SIGNED BY
     JUDGE GARZA.(NB)

9/22/2014     Court Case Assignment                         Case Assgn

================================================================================

CASE NUMBER . . . . . : 2012PB4000048 L2
      Court date/time: 10/15/2014  13:00   Hearing Type:  118 MTN/QUASH
      Assignment of court date/time.
      Status entered as Open
             Court Case Assignment                           Case Assgn
      Court date/time: 10/15/2014  13:00   Hearing Type:  174 MotoDisq
      Assignment of court date/time.
      Status entered as Open
             Court Case Assignment                           Case Assgn
      Court date/time: 10/15/2014  13:00   Hearing Type:  118 MTN/QUASH
      Status changed from Open       to Cance

  9/23/2014     Filing Papers                                File Paprs
      NOTICE OF CHANGE OF ADDRESS WAS E-FILED BY APRIL VALDEZ FROM ATTORNEY
      JESUS GUILLEN LAW OFFICE.

      ***NEW ADDRESS***
      1010 JUAREZ AVE
      LAREDO, TX 78040
             Notes                                           Notes
      FAXED NOTICES OF HEARINGS TO DAVID BALMER, JESUS M. DOMINGUEZ, JESUS
      GUILLEN, AND RONALD RODRIGUEZ. FAXED CONFIRMATIONS ON FILE. (LG)

  9/29/2014     Filing Papers                                File Paprs
      ORDER APPOINTING GUARDIAN AD-LITEM SERGIO LOZANO TO REPRESENT THE
      INTERESTS OF CARLA AGUILAR AND KARIME AGUILAR (MINOR CHILDREN) WAS
      RECEIVED FROM CCL2 SIGNED BY JUDGE GARZA.(FL)
             Appointed attorney                              Appt atty
      ***COURT APPOINTED ATTORNEY AD-LITEM SERGIO LOZANO BAR#24037000***

 10/01/2014     Notes                                        Notes
      NOTICE OF HEARING SET FOR 10/15/2014 @ 1:00PM WAS FAXED TO ATTY
      SERGIO LOZANO(AD LITEM) FOR:
      MOTION TO DISQUALIFY JESUS DOMINGUEZ AS ATTORNEY AD LITEM
      MOTION TO QUASH AND FOR A PROTECTIVE ORDER. CONFIRMAITON IN FILE.
      (LR)

 10/02/2014     Notes                                        Notes
      AMENDED NOTICE OF HEARING SET FOR 10/15/2014 @ 1:00PM FOR MOTION TO
      DISQUALIFY JESUS DOMINGUEZ AS ATTORNEY AD LITEM WAS FAXED TO ATTY
      SERGIO LOZANO(AD LITEM). CONFIRMATION IN FILE. (LR)

 10/03/2014     Filing Papers                                File Paprs
      CLARISSA AGUILAR'S MOTION FOR PROTECTION FROM DISCOVERY ALONG WITH
      EXHIBIT A AND EXHIBIT B WAS E-FILED BY ATTORNEY RONALD RODRIGUEZ.(NB)

 10/08/2014     Notes                                        Notes
      MS. RODRIGUEZ FROM CCL2 CALLED AND REQUESTED THIS FILE. SENT TO CCL2.
      (LS)

 10/10/2014     Notes                                        Notes
      FILE WAS BROUGHT BACK AND RECEIVED FROM CCL2. (LR)

11

============================================================================================

CASE NUMBER . . . . : 2012PB4000048 L2

10/15/2014     Filing Papers                                      File Paprs
     RESPONSE TO CLARISSA AGUILAR'S MOTION TO COMPEL VANESSA ARCE TO
     RESPOND TO REQUEST FOR PRODUCTION AND MOTION FOR CONTINUANCE WAS
     E-FILED BY DAVID BALMER. (LS)
               Filing Papers                                      File Paprs
     RESPONSE TO ATTORNEY AD LITEM'S MOTION TO COMPEL DAVID G. BALMER TO
     PRODUCE AGREEMENTS WAS E-FILED BY DAVID BALMER. (LS)
               Filing Papers                                      File Paprs
     RESPONSE TO MOTION TO DISQUALIFY JESUS DOMINGUEZ AS AD-LITEM WITH
     CERTIFICATE OF SERVICE WAS RECEIVED EFILED BY ATTORNEY DAVID BALMER.
     RECEIPT IN FILE.(FL)
               Other                                              Other
     ***MOTION TO DISQUALIFY JESUS DOMINGUEZ AS ATTORNEY AD LITEM***
     CASE CALLED HONORABLE JUDGE JESUS GARZA PRESIDING, BLANCA HILL(COURT
     REPORTER), DAVID BALMER(ATTY FOR CO-ADMINISTRATOR'S), RONALD
     RODRIGUEZ (ATTORNEY FOR CLARISSA AGUILAR), JESUS DOMINGUEZ(ATTY AD
     LITEM), AND SERGIO LOZANO(ATTY AD-LITEM) WERE PRESENT. NO PARTIES
     CAME INTO AN AGREEMENT. THE COURT ORDERED TO RESET CASE FOR
     10/22/2014 @ 1:00PM. (LR)
               Filing Papers                                      File Paprs
     ORDER SETTING HEARING FOR CLARISSA AGUILAR'S OPPOSITION AND OBJECTION
     TO MOTION FOR APPROVAL/RATIFICATION OF SETTLEMENT OF ESTATE CAIMS,
     AND CLARRISSA AGUILAR'S MOTION TO COMPEL VANESSA ARCE TO RESPOND TO
     REQUEST FOR PRODUCTION AND MOTION FOR CONTINUANCE WAS SET FOR
     10/15/2014 @ 1:00PM WAS RESET FOR 10/22/2014 @ 1:00PM. (LR)
               Filing Papers                                      File Paprs
     NOTICE OF HEARING FOR MOTIONTO COMPEL DAVID G. BALMER WAS SET FOR
     ORDER SETTING HEARING FOR CLARISSA AGUILAR'S MOTION TO COMPEL VANESSA
     10/15/2014 @ 1:00PM, AND RESET FOR 10/22/2014 @ 1:00PM. (LR)
     ARCE TO REPOND TO REQUEST FOR PRODUCTION AND MOTION FOR CONTINUANCE
     SET FOR 10/15/2014 @ 1:00PM AND WAS RESET FOR 10/22/2014 @ 1:00PM.
     (LR)

10/16/2014     Notes                                             Notes
     NOTICE OF HEARING SET FOR BRIEF IN SUPPORT OF CLARRISA AGUILAR'S
     OPPOSITION AND OBJECTION TO MOTION FOR APPROVAL/RATIFICATIONOF
     SETTLEMENT OF ESTATE OF CLAIMS, CLARISSA AGUILAR'S MOTION TO COMPEL
     VANESSA ARCE TO REPOND TO REQUEST FOR PRODUCTION AND MOTION FOR
     CONTINUANCE, MOTION TO QUASH AND FOR PROTECTIVE ORDER, MOTION TO
     DISQUALIFY JESUS DOMINGUEZ AS ATTORNEY AD LITEM, ATTONEY AD LITEM'S
     MOTION TO COMPEL DAIVD G. BALMER TO PRODUCE AGREEMENTS WERE ALL SET
     FOR 10/22/2014 @ 8:30AM AND WAS SENT TO THE FOLLOWING ATTORNEY'S:
     DAVID G. BALMER & RYAN ANDERSON FASCIMILE NO. 210-617-4601
     JESSU GUILLEN                   FASCIMILE NO. 877-874-6560
     JESUS M. DOMINGUEZ              FASCIMILE NO. 728-1491
     RONALD RODRIGUEZ               FASCIMILE NO. 796-1002
     SERGIO LOZANO                  FASCIMILE NO. 866-833-4545 (LR)
               Notes                                             Notes
     AMENDED NOTICE OF HEARING SET FOR BRIEF IN SUPPORT OF CLARRISA
     AGUILAR'S OPPOSITION AND OBJECTION TO MOTION FOR

=========================================================================
CASE NUMBER . . . . : 2012PB4000048 L2
     APPROVAL/RATIFICATION OF SETTLEMENT OF ESTATE OF CLAIMS, CLARISSA
     AGUILAR'S MOTION TO COMPEL VANESSA ARCE TO REPOND TO REQUEST FOR
     PRODUCTION AND MOTION FOR CONTINUANCE, MOTION TO QUASH AND FOR
     PROTECTIVE ORDER, MOTION TO DISQUALIFY JESUS DOMINGUEZ AS ATTORNEY AD
     LITEM, ATTONEY AD LITEM'S MOTION TO COMPEL DAIVD G. BALMER TO PRODUCE
     AGREEMENTS WERE ALL SET FOR 10/22/2014 @ 1:00PM AND WAS SENT TO THE
     FOLLOWING ATTORNEY'S:
     DAVID G. BALMER & RYAN ANDERSON FASCIMILE NO. 210-617-4601
     JESUS GUILLEN                   FASCIMILE NO. 877-874-6560
     JESUS M. DOMINGUEZ              FASCIMILE NO. 728-1491
     RONALD RODRIGUEZ               FASCIMILE NO. 796-1002
     SERGIO LOZANO                  FASCIMILE NO. 866-833-4545 (LR)
              Court Case Assignment                       Case Assgn
     Court date/time: 10/22/2014  13:00   Hearing Type:   37 Motions
     Assignment of court date/time.
     Status entered as Open
              Filing Papers                               File Paprs
     NOTICE OF APPEARANCE OF DULY APPOINTED GUARDIAN AD LITEM AND
     CERTIFICATE OF SERVICE WAS E-FILED BY SERGIO LOZANO. (LS)

10/17/2014    Filing Papers                               File Paprs
     OBJECTION TO SETTING OF ATTORNEY FEE DISPUTE BEFORE OR AT SAME TIME
     AS DISCOVERY MOTIONS AND NOTICE OF FILING OF PROPER SETTING, ALONG
     WITH EXHIBIT A, B, AND C WERE EFILED BY ATTY RONALD RODRIGUEZ. (LR)
              Filing Papers                               File Paprs
     MOTION TO SHOW AUTHORITY WITH VERIFICATION AND CERTIFICATE OF SERVICE
     WAS RECEIVED EFILED BY ATTORNEY JESUS M. DOMINGUEZ.RECEIPT IN FILE.
     (FL)

10/21/2014    Filing Papers                               File Paprs
     SUBPOENA ISSUED TO CLARISSA AGUILAR BY ATTORNEY JESUS M. DOMINGUEZ
     WAS BROUGHT IN BY A PRIVATE PROCESSOR AND EXECUTED ON 10/21/2014.(NB)
              Filing Papers                               File Paprs
     SUBPOENA ISSUED TO ATTORNEY JESUS "CHUY" DOMINGUEZ FROM ATTORNEY
     RONALD RODRIGUEZ ALONG WITH EX. A: SUBPOENA DUCES TECUM WAS RECEIVED
     FROM A PRIVATE PROCESSOR AND EXECUTED ON 10/21/2014.(NB)

10/22/2014    Filing Papers                               File Paprs
     LETTER FROM JESUS GUILLEN OFFICE STATING THAT HE NOT BE ABLE TO
     ATTEND 10/22/2014 AT 1:00PM HEARING.WAS E-FILED.COPY OF RECEIPT IS IN
     FILE.(RL)
              Filing Papers                               File Paprs
     CLARISSA AGUILAR MOTION TO QUASH AND FOR PROTECTIVE ORDER AND
     SUBPOENA FOR CLARISSA AGUILAR WERE E-FILED BY RONALD RODRIGUEZ.COPY
     OF RECIEPT IS IN FILE.(RL)
              Filing Papers                               File Paprs
     CLARISSA AGUILAR'S REPLY TO CO-ADMINISTRATORS' RESPONSE TO HER MOTION
     TO DISQUALIFY JESUS DOMINGUEZ AS ATTORNEY AD LITEM WAS E-FILED BY
     RONALD RODRIGUEZ.COPY OF RECEIPT IS IN FILE.(RL)
              Other                                       Other
     ***BRIEF INSUPPORT OF CLARISSA AGUILAR'S OPPOSITION AND OBJECTION TO

================================================================================

CASE NUMBER . . . . . : 2012PB4000048 L2
        MOTION FOR APPROVAL/RATIFICATION OF SETTLEMENT OF ESTATE OF CLAIMS,
        CLARRISA AGUILAR'S MOTION TO COMPEL VANNESSA ARCE TO REPOND TO
        REQUEST FOR PRODUCTION AND MOTION FOR CONTINUANCE, MOTION TO QUASH
        AND FOR PROTECTIVE ORDER, MOTION TO DISQUIALFY JESUS DOMINGUEZ AS
        ATTORNEY AD LITEM, ATTORNEY AD LITEM'S MOTIONTO COMPEL DAVID G.
        BALMER TO PRODUCE AGREEMENTS***
        CASE CALLED HONORABLE JUDGE JESUS GARZA PRESIDING, ROXANN SOTO(COURT
        REPORTER), DAVID G. BALMER & RYAN ANDERSON(ATTY FOR
        CO-ADMINISTRATORS), RONALD RODRIGUEZ(ATTY FOR CLARISSA AGUILAR),
        JESUS DOMINGUEZ(ATTY AD LITEM), SERGIO LOZANO(ATTY AD LITEM), AND
        CRAIG SMITH(ATTY), AND WILL CRAIG(ATTY) PRESENT. JESUS GUILLEN(ATTY
        AD LITEM) NOT PRESENT AND NO OTHER PARTIES PRESENT. 1:30P.M. ATTORNEY
        PRESENTED THEMSELVES TO THE COURT. ATTY DOMINGUEZ STATED TO THE COURT
        THAT HE HAD SUBPOENA CLARRISA AGUILAR AND SHE WAS NOT PRESENT. THE
        COURT ANNOUNCED THAT FIRST MOTION TO HAVE THE HEARING WOULD BE THE,
        MOTION TO DISQUALIFY JESUS DOMINGUEZ AS ATTORNEY AD LITEM. 1:35P.M.
        ATTY JESUS DOMINGUEZ WAS CALLED TO THE STAND BY ATTY RONALD RODRIGUEZ
        AND WAS SWORN IN BY THE COURT.  1:36P.M. ATTY RONALD RODRIGUEZ
        CROSS-EXAMINED ATTY JESUS DOMINGUEZ AND GAVE TESTIMONY. 1:44P.M.
        ATTY RONALD RODRIGUEZ PRESENTED PLAINTIFF EXHIBIT 3(TRANSCIRPT OF
        AUGUST 15, 2012)BUT WAS NOT ADMITTED BY THE COURT.
        1:47P.M. ATTY RONALD RODRIGUEZ PRESENTED EXHIBIT 2(ORDER GRANTING
        LETTERS OF ADMINISTRATION) BUT WAS NOT ADMITTED BY THE COURT.
        1:49 P.M. ATTY RONALD RODRIGUEZ PRESENTED EX.4(CONTINGENCY FEE
        CONTRACT) AND ANNOUNCED TO THE COURT THAT THERE IS NO SIGNATURE'S ON
        THE CONTRACT APPROVING ATTORNEY AD-LITEM'S. 1:50P.M. ATTY BALMER
        OBJECTED, AND STATED THAT IT WAS NOT NECESSARY TO KNOW WHAT THE
        PERCENTAGE OF WHAT THE WIFE COMMON IN LAW WOULD GET. 1:59P.M. ATTY
        RONALD RODRIGUEZ PRESENTED PLANTIFF EX.1 AND WAS ADMITTED BY THE
        COURT WITH NO OBJECTIONS. 2:00P.M. COURT WENT INTO RECESSES. 2:40P.M.
        BACK TO SESSION. THE COURT ANNOUNCED THAT ATTY RYAN ANDERSON AND ATTY
        RONALD RODRIGUEZ GOT TOGETHER FOR ANY POSSIBLE OUTCOMES. HOWEVER, THE
        THERE WAS NO AGREEMENT. 2:41P.M. ATTY RONALD RODRIGUEZ CONTINUED TO
        CORSS-EXAMINED ATTY JESUS DOMINGUEZ AND HE GAVE TESTIMONY. 2:48 P.M.
        ATTY RONALD RODRIGUEZ PRESENTED EX.5(SUBPOENA) & WAS ADMITTED BY THE
        COURT. ATTY BALMER OBJECTED ON EXHIBIT 5 AND STATED THAT THERE WAS NO
        REVELENCY AND THE SUBPOENA WAS NOT EXECUTED PROPERLY. THE COURT STILL
        ADMITTED THE EXHIBIT 5. 2:56P.M. COURT WENT INTO RECESSES. 3:00P.M.
        BACK IN SESSION. THE COURT ANNOUNCED THAT COURT WILL RESUME SOMETIME
        ON 9/28/2014 AT 1:00PM OR 8:00AM. HOWEVER, THE COURT STATED THAT
        ATTORNEY'S WILL BE NOTIFIED ON MONDAY 9/27/2014 OF THE EXCACT DATE OF
        THE HEARING TO CONTINUE ON ALL MOTIONS. (LR)

10/28/2014      Notes                                              Notes
        FAX COVER SHEET ATTACHED WITH LIST OF MOTIONS TO BE HEARD ON
        10/29/2014 @ 1:00PM WAS SENT TO COUNSEL OF RECORD VIA FAX.(FL)
        JESUS M. DOMINGUEZ @ 956-728-1491 CONFIRMAITON IN FILE
        JESUS GUILLEN @ 877-874-6560 CONFIRMATION IN FILE
        DAVID BALMER & RYAN ANDERSON @ 210-617-4601 CONFIRMATION IN FILE
        RONALD RODRIGUEZ & WILL CLARK @ 956-796-1002 CONFIRAMTION IN FILE
        CRAIG S. SMITH @ 361-561-8001 AND 361-728-8037 CONFIRMATION IN FILE

================================================================================
CASE NUMBER . . . . . : 2012PB4000048 L2
     JOSE LUIS CASTILLO @ 956-712-4136 CONFIRMATION IN FILE
     SERGIO LOZANO @ 866-833-4545 CONFIRMATION IN FILE

10/29/2014     Notes                                                 Notes
     FILE # 1,2,& 3 WAS SENT TO CCL 2 FOR REVIEW AS PER ROXANN SOTO, COURT
     REPORTER'S REQUEST.(NB)
               Filing Papers                                    File Paprs
     RESPONSE TO MOTION TO DISQUALIFY JESUS DOMINGUEZ AS ATTORNEY AD LITEM
     FILED BY JESUS DOMINGUEZ. (LG)
               Other                                                 Other
     ***Motion To Disqualify Jesus Dominguez as Attorney Ad Litem***
     ***Brief in Support of Clarissa Aguilar's Opposition and Objection to
     Motion for Approval/Ratification of Settlement of Estate of Claims***
     ***Clarissa Aguilar's Motion to Compel Vanessa Arce to Respond to
     Request for Production and Motion for Continuance***
     ***Motion to Quash and for Protective Order***
     ***Attorney Ad Litem's Motion to Compel David G. Balmer to Produce
     Agreements***

     Case called. The Honorable Judge Jesus Garza presiding. Roxann Soto,
     Ct. Rep. Attorney David G. Balmer and Attorney Ryan Anderson
     (Present/Attorney's for Co-Administrators, Eudelia Aguilar and
     Vanessa Arce).  Eudelia Aguilar and Vanessa Arce were not present.
     Attorney Ronald Rodriguez and Will Clark Craig Smith
     (Present/Attorney for Clarissa Aguilar). Clarissa Aguilar was not
     present. Attorney Jesus M. Dominguez (Present). Attorney Jesus
     Guillen (Present/Attorney Ad Litem for the Minor Children: Carlos
     Aguilar, Alyssa Nicole Aguilar, Andrew Aguilar, Marcus Aguilar, and
     Kaylee Annette Aguilar. Attorney Sergio Lozano (Present/Attorney Ad
     Litem for the Minor Children: Carla Aguilar and Karmie Aguilar. Minor
     Children were not present. The court announced that Attorney
     Dominguez filed a Response to the Motion to Disqualify Jesus
     Dominguez as Attorney Ad Litem. Attorney Rodriguez addressed to the
     court that he had the process server, Gaby Hernandez and would like
     to put him on the stand. The court stated that the Motion to
     disqualify Jesus Dominguez as Attorney Ad Litem was denied. The court
     went into recess.

     At 2:09 p.m. case was recalled. Attorney Rodriguez objected to the
     Court's denial of the Motion to Disqualify Jesus Dominguez as
     Attorney Ad Litem due to Attorney Rodriguez had Gaby Hernandez as a
     witness. Attorney Guillen asked the court for the redacted mediated
     agreement settlement and the court accepted the recommendation. The
     court requested for both parties submit the redacted mediated
     agreement in camera and set the case for November 12, 2014 at 1:00
     p.m. Attorney Anderson stated that there are two redacted settlement
     agreements. The court asked Attorney Guillen if he wants the two
     agreements and Attorney Guillen responded that only the estate
     redacted agreement is needed. Case is set for November 12, 2014 at
     1:00 p.m.(NB)
               Notes                                                 Notes

===================================================================================
CASE NUMBER . . . . : 2012PB4000048 L2
        MOTION TO DISQUALIFY JESUS DOMINGUEZ AS ATTORNEY AD LITEM WAS ORALLY
        DENIED BY THE COURT. ORDER IS PENDING.(NB)
                Notes                                        Notes
        FILE # 1,2,& 3 WERE BROUGHT BACK TO OUR OFFICE.(NB)

10/30/2014      Court Case Assignment                        Case Assgn
        Court date/time: 11/12/2014  13:00    Hearing Type:   48 Status
        Assignment of court date/time.
        Status entered as Open

11/12/2014      Notes                                        Notes
        CHRIS CAZAREZ PROBATE COURT COORDINATOR CALLED TO ADVISE ME THAT THE
        COURT HEARING SET UP FOR TODAY 11/12/2014 @ 8:30AM HAS BEEN CANCELED.
        NO FURTHER COURT DATE WAS GIVEN. HOWEVER, HE STATED HE WILL CALL BACK
        AND LET ME KNOW OF THE NEW COURT HEARING. (LR)
                Notes                                        Notes
        I CALLED LAW OFFICE OF DAVID BALMER TO LET HIM KNOW THAT CASE HAS
        BEEN CANCELED. THERE WAS NO ANSWER. LEFT MESSAGE IN VOICEMAIL. (LR)
                Notes                                        Notes
        KRISTINA FROM LAW OFFICE OF DAVID BALMER CALLED ME BACK. I WAS ABLE
        TO LET HER KNOW THAT THIS CASE HAS BEEN CANCELLED AS PER CHRIS
        CASAREZ PROBATE COURT COORDINATOR. SHE STATED SHE WILL LET THE ATTY
        DAVID BALMER AND RYAN ANDERSON KNOW. (LR)
                Notes                                        Notes
        NOTICE OF CANCELLED HEARING SET FOR TODAY 11/12/2014 @ 1:00PM WAS
        CANCLLED BY CHRIS CASAREZ PROBATE COURT COORDINATOR, HE DID NOT GIVE
        ME NO RESET DATE. NOTICE WAS FAXED TO THE FOLLOWING ENTITIES:
        JESUS M. DOMINGUEZ    956-728-1491
        JESUS GUILLEN         877-874-6560
        DAVID BALMER & RYAN ANDERSON 210-617-4601
        RONALD RODRIGUEZ      956-796-1002
        WILL CLARK/CO COUNSEL  956-796-1002
        CRAIG S. SMITH/CO COUNSEL  361-561-8001
        JOSE LUIS CASTILLO  956-712-4136
        SERGIO LOZANO       866-833-4545. FAX CONFIRMATIONS IN FILE.
                Court Case Assignment                        Case Assgn
        Court date/time: 11/12/2014  13:00    Hearing Type:   48 Status
        Status changed from Open        to Cance
                Filing Papers                                File Paprs
        ORDER FOR MOTION TO DISQUALIFY JESUS M. DOMINGUEZ WAS RECEIVED FROM
        CCL2(ORDER ALONE) AND SIGNED BY JUDGE GARZA. (LR)
                Filing Papers                                File Paprs
        ORDER ON CLARISSA AGUILAR'S MOTION TO COMPEL VANESSA ARCE TO RESPOND
        TO REQUEST FOR PRODUCTION AND REQUEST FOR CONTINUANCE AND ATTORNEY AD
        LITME'S MOTION TO COMPEL DAVID G. BALMER TO PRODUCE AGREEMENTS WAS
        RECEIVED FROM CCL2(ORDER ALONE) AND SIGNED BY JUDGE GARZA. (LR)

11/13/2014      Filing Papers                                File Paprs
        LETTER FROM RYAN G. ANDERSON INREGARDS TO THE UNREDACTED MEDIATED
        SETTLEMENT AGREEMENT FOR IN CAMERA WITHOUT THE ENCLOSURE WAS E-FILED
        BY ATTORNEY RYAN ANDERSON.(NB)

================================================================================
CASE NUMBER . . . . . : 2012PB4000048 L2
          Notes                                              Notes
    CONTACTED ATTORNEY RYAN ANDERSON INREGARDS TO THE LETTER E-FILED
    STATING OF THE UNREDACTED MEDIATED SETTLEMENT AGREEMENT. I ASKED MR.
    ANDERSON THAT THE AGREEMENT MUST BE BROUGHT IN TO OUR OFFICE SINCE IT
    WAS NOT ATTACHED TO THE LETTER. MR.ANDERSON STATED HE WAS GOING TO
    SEND THE SETTLEMENT AGREEMENT TO COUNTY COURT AT LAW NO. 2 DIRECTLY
    TO JUDGE GARZA.(NB)

11/14/2014     Filing Papers                                 File Paprs
    OBJECTION TO EX PARTE ORDER AND REQUEST FOR SANCTIONS, OBJECTION TO
    COURT REFUSAL TO ALLOW EVIDENTIARY HEARING, OBJECTION TO COURT
    REFUSAL TO ALLOW DISCOVERY, COURT RULING ON MOTIONS WITHOUT A HEARING
    AND REQUEST FOR HEARING TO SUBMIT OFFER OF PROOF ALONG WITH EXHIBIT 1
    AND EXHIBIT 2, AND ORDER SETTING HEARING WERE EFILED BY ATTY RONALD
    RODRIGUEZ. (LR)

11/18/2014     Notes                                         Notes
    ORDER SETTING HEARING SET FOR:
    OBJECTION TO EX PARTE ORDER AND REQUEST FOR SANCTIONS, OBJECTION TO
    COURT REFUSAL TO ALLOW EVIDENTIARY HEARING, OBJECTION TO COURT
    REFUSAL TO ALLOW DISCOVERY, COURT RULING ON MOTIONS WITHOUT A HEARING
    AND REQUEST FOR HEARING TO SUBMIT OFFER OF PROOF WAS SENT TO CCL2 FOR
    JUDGE'S SIGNATURE IN FILE #3. (LR)

12/11/2014     Filing Papers                                 File Paprs
    ANSWER OF ATTORNEY AD LITEM-SERGIO LOZANO WAS E-FILED BY SERGIO
    LOZANO.(RL)

12/12/2014     Notes                                         Notes
    FILE #3 RECEIVED FROM CCL2. (LR)
          Filing Papers                                      File Paprs
    ORDER ON WITHDRAW JESUS DOMINGUEZ WAS RECEIVED AND SIGNED BY JUDGE
    GARZA ALONG WITH FAX CONFIRMATIONS SHEETS. (LR)

12/17/2014     Filing Papers                                 File Paprs
    OBJECTION TO COURT REFUSAL TO ALLOW DISCOVERY AND DENIAL OF MOTION
    WITHOUT A HEARING AND REQUEST FOR HEARING TO SUBMIT OFFER OF PROOF
    ALONG WITH EXHIBITI #2.ALONG WITH ORDER SETTING HEARING.(RL)

12/18/2014     Notes                                         Notes
    ORDER SETTING HEARING FOR OBJECTION TO COURT REFUSAL TO ALLOW
    DISCOVERY AND DENIAL OF MOTION WITHOUT A HEARING AND REQUEST FOR
    HEARING SUBMIT OFFER OF PROOF WAS SENT TO CCL2 IN FILE #3 FOR JUDGE'S
    SIGNATURE. (LR)

 1/13/2015     Notes                                         Notes
    ORDER WAS EFILED BY ATTY RONALD RODRIGUEZ. ORDER PENDING JUDGE'S
    SIGNATURE. (LR)
          Notes                                              Notes
    FILE WAS RECEIVED FROM CCL2 AND THE ORDER SETTING HEARING FOR
    OBJECTION TO COURT REFUSAL TO ALLOW DISCOVERY AND DENIAL OF MOTION

========================================================================
CASE NUMBER . . . . . : 2012PB4000048 L2
     WITHOUT A HEARING AND REQUEST FOR HEARING TO SUBMIT OFFER OF PROOF
     WAS NOT SIGNE D BY JUDGE GARZA. (LG)

  1/15/2015     Notes                                          Notes
     FILE WAS SENT TO CCL2 FOR SIGNATURE ON THE ORDER SETTING HEARING FOR
     OBJECTION TO COURT REFUSAL TO ALLOW DISCOVERY AND DENIAL OF MOTION
     WITHOUT A HEARING AND REQUEST FOR HEARING TO SUBMIT OFFER OF PROOF
     LDP.

  1/23/2015     Filing Papers                                  File Paprs
     OBJECTIONS TO PROPOSED ORDER FILED ON JANUARY 13, 2015 WAS EFILED BY
     ATY DAVID G. BALMER. (LR)

  1/28/2015     Notes                                          Notes
     FILE #1 & 2 WERE SENT TO CCL2 FOR MS. BENAVIDES FOR REVIEW. (LR)

  2/05/2015     Filing Papers                                  File Paprs
     MOTION FOR ATTORNEY AD-LITEM FEES AND REIMBURSEMENT OF EXPENSES AND
     ORDER APPROVING ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES WAS
     E-FILED BY ATTORNEY JESUS GUILLEN. ORDER IS PENDING JUDGE'S
     SIGNATURE. (LS)

  2/09/2015     Notes                                          Notes
     MOTION FOR ATTORNEY AD LITEM FEES AND REIMBURSEMENT OF EXPENSES AND
     ORDER APPROVING MOTION WAS SENT TO CCL2 INTER-OFFICE TO MS.
     BENAVIDES. (LS)

  2/17/2015     Coordinator's Notes                            CoordNotes
     Order e-filed by Attorney Ronald Rodriguez was signed by Judge Jesus
     Garza on February 13, 2015 and faxed to Attorney Ronald Rodriguez,
     Attorney Sergio Lozano, Attorney Jesus Guillen, and Attorney Jose
     Luis Castillo. Confirmations were received and sent to the County
     Clerk's office for filing.
                Coordinator's Notes                            CoordNotes
     Motion for Attorney Ad Litem Fees and Reimbursement of Expenses has
     been set for February 25, 2015 @ 8:30 a.m. Notice of Setting was
     faxed to Attorney Ronald Rodriguez, Attorney Jesus Guillen, Attorney
     Jose Luis Castillo, Attorney Sergio Lozano, and e-mailed to Attorney
     Balmer. Confirmations were received and sent to the County Clerk's
     office for filing.
                Court Case Assignment                          Case Assgn
     Court date/time: 2/25/2015  8:30     Hearing Type:  251 adlitemfee
     Assignment of court date/time.
     Status entered as Open

  2/18/2015     Notes                                          Notes
     FILE #3 RECEIVED FROM CCL2. (LR)
                Filing Papers                                  File Paprs
     ORDER WAS SIGNED BY JUDGE GARZA, AND RECEVIED ALONG WITH FAX
     CONFIRMATIONS SHEETS. (LR)
                Filing Papers                                  File Paprs

================================================================================
CASE NUMBER . . . . . : 2012PB4000048 L2
    NOTICE OF HEARING SENT TO MR. GUILLEN, MR. CASTILLO, MR. LOZANO, MR.
    RODRIGUEZ, AND MR. BALMER WERE RECEIVED FROM CCL2 NIDIA BENAVDIES
    COURT COORDINATOR SET FOR 2/25/2015 @ 8:30AM ALONG WITH FAX
    CONFIRMATIONS SHEETS. (LR)

 2/25/2015     Other                                              Other
    ***MOTION FOR ATTORNEY AD LITEM FEES AND REIMBURSEMENT OF EXPENSES***
    CASE NOT CALLED. CASE RESET FOR MARCH 18, 2015. (LR)
            Court Case Assignment                          Case Assgn
    Court date/time: 3/18/2015  8:30     Hearing Type:  251 adlitemfee
    Assignment of court date/time.
    Status entered as Open
            Filing Papers                                  File Paprs
    NOTICE OF HEARING SENT TO MR. RODRIGUEZ, MR. LOZANO, MR. CASTILLO,
    MR.GUILLEN, MR. BALMER BY NIDIA BENAVIDES RECVIED FROM CCL2 ALONG
    WITH FAX CONFIRMATIONS SHEETS. (LR)

 3/13/2015     Filing Papers                                  File Paprs
    NOTICE OF APPEAL OF ORDER DATED FEBRUARY 13, 2015 WAS E-FILED BY
    ATTORNEY DAVID BALMER. (LS)

 3/16/2015     Court Case Assignment                         Case Assgn
    Court date/time: 4/15/2015  8:30     Hearing Type:  251 adlitemfee
    Assignment of court date/time.
    Status entered as Open
            Court Case Assignment                          Case Assgn
    Court date/time: 3/18/2015  8:30     Hearing Type:  251 adlitemfee
    Status changed from Open      to Cance

 3/17/2015     Filing Papers                                  File Paprs
    MOTION TO DISMISS APPEAL WITH EXHIBITS 1 (NOTICE OF APPEAL OF ORDER
    DATED FEBRUARY 13,2015) EXHIBIT 2 (ORDER)AND LETTER FROM RONALD
    RODRIGUEZ FILED. E-FILED BY ATTORNEY RONALD RODRIGUEZ.LDP

 3/18/2015     Other                                              Other
    ***MOTION FOR ATTOREY AD LITEM FEES AND REIMBURSEMENT OF EXPENSES***
    CASE NOT CALLED.(RL)
            Filing Papers                                  File Paprs
    LETTER FROM CCL#2 FOR HEARING ON 04/18/2015 AT 8:30AM WAS SENT BY
    NIDIA BENAVIDES(COURT COORD).(RL)
            Filing Papers                                  File Paprs
    MOTION FOR CONTEMPT AGAINST VANESSA ARCE AND HER COUNSEL ALONG WITH
    WITH A COPY OF AN ORDER PERMITTING JESUS DOMINGUEZ WITHDRAWL.AND
    ORDER SETTING HEARING WAS EFILED BY ATTORNEY RONALD RODRIGUEZ.COPY OF
    RECEIPT IS IN FILE.(RL)
            Notes                                              Notes
    ORDER SETTING HEARING FOR MOTION FOR CONTEMPT AGAINST VANESSA ARCE
    AND HER COUNSEL WAS SENT TO CCL#2 FOR JUDGE'S SIGNATURE THROUGH
    INTEROFFICE.(RL)

 3/19/2015     Notes                                              Notes

==============================================================================
CASE NUMBER . . . . : 2012PB4000048 L2
     ****FILE #4 BEGINS*****

3/24/2015      Court Case Assignment                                Case Assgn
      Court date/time: 4/15/2015  8:30      Hearing Type:  251 adlitemfee
      Status changed from Open        to Cance
               Court Case Assignment                                Case Assgn
      Court date/time: 4/29/2015  8:30      Hearing Type:  251 adlitemfee
      Assignment of court date/time.
      Status entered as Open
               Court Case Assignment                                Case Assgn
      Court date/time: 4/29/2015  8:30      Hearing Type:   96 Mot/Cntmpt
      Assignment of court date/time.
      Status entered as Open

3/30/2015      Filing Papers                                        File Paprs
      ORDER SETTING HEARING ON MOTION FOR CONTEMPT AGAINST VANESSA ARCE AND
      HER COUNSEL SET FOR 4/29/2015 @ 8:30AM WAS SIGNED BY N.BENAVIDES,
      ALONG WITH NOTICE OF HEARING WERE FAXED BY N.BENAVIDES TO ATTY DAVID
      BALMER, RONALD RODRIGUEZ, SERGIO LOZANO, JESUS GUILLEN, AND JOSE LUIS
      CASTILLO WITH FAX CONFIRMATIONS SHEETS. (LR)

| IN THE ESTATE OF | § | IN THE COUNTY COURT |
|---|---|---|
| CARLOS AGUILAR | § | NO. 2 |
| DECEASED | § | WEBB COUNTY, TEXAS |

## ORDER

On December 14, 2014, this Court signed an order permitting Jesus M. Dominguez's withdrawal as counsel of record Carla Aguilar and Karime Aguilar, appointing Sergio Lozano as Attorney Ad-Litem for Carla Aguilar and Karime Aguilar, and terminating Jesus M. Dominguez's appointment as Guardian Ad-Litem. This Court's November 12, 2014 order denying the Motion to Disqualify Jesus M. Dominguez is vacated.

The Court previously **ORDERED** that the Dependent Administrators Eudelia Aguilar and Vanessa Arce submit *in camera* for review by the Court, the attorneys *ad litem*, and the guardian *ad litem* an unredacted copy of the Mediated Settlement Agreement entered into by the Dependent Administrators and the Defendants in Cause No. 12-06-11697-DCVCLM, styled *Jose Luis Aguilar, et al. v. Heckman Water Resources (CVR), Inc., et al.* in the 293rd Judicial District Court, Dimmit County, Texas to the Court on or before November 7, 2014. The Court may provide a copy of the unredacted Mediated Settlement Agreement to any individual as the Court determines is necessary for the administration of the Estate's claim in this proceeding. The Court's Order of October 31, 2014 denying discovery is vacated.

21

The Court further **ORDERS** that the Court's October 31, 2014 order in the above-entitled cause on Clarissa Aguilar's Motion to Compel Vanessa Arce to Respond to Request for Production and Request for Continuance and Attorney Ad Litem's Motion to Compel David G. Balmer to Produce Agreements is vacated.

The Court now **ORDERS** Vanessa Arce to produce the following not more than 30 days after the date this order is signed to counsel for Clarissa Aguilar, as the sole surviving parent and Next Friend of Carlos Aguilar, Jr., Alyssa Aguilar, Andrew Aguilar, Marcus Aguilar, and Kaylee Aguilar, Minor Children:

1. An unredacted copy of the Mediated Settlement Agreement. Counsel and Clarissa Aguilar should maintain this document as confidential and it may not be disclosed to the public unless authorized by this Court.

2. All documents concerning the purported settlement of the Estate's claim and the Estate's recovery, including a copy of the settlement agreement, a detailed accounting of the gross settlement, breakdown and net settlement to the heirs of the estate, and all supporting documents.

3. ~~All communications with Jesus "Chuy" Dominguez regarding the purported settlement of the Estate's claims.~~  *2-13-15*

4. All agreements concerning or affecting the claims of the Estate.

5. All contingent attorney fee agreements concerning the claims of the Estate, including all split fee agreements between the Estate's attorneys and any other attorneys.

22

SIGNED on _____Feb. 13_____, 2015.

PRESIDING JUDGE

**APPROVED AS TO FORM:**

BY:_____
Ronald Rodriguez
State Bar No. 00788306
Willard Clark
State Bar No. 24087307
The Law Offices of Ronald Rodriguez,
A Professional Corporation
915 Victoria Street
Laredo, Texas 78040
Tel: (956) 796-1000
Fax: (956) 796-1002

23

Filed: 3/13/2015 5:52:03 PM
Margie R. Ibarra
County Clerk
Webb County, Texas
By: Leslie Speer, Deputy

No. 2012-PB4-000048-L2

| | | |
|---|---|---|
| **IN THE ESTATE OF** | § | **IN COUNTY COURT AT LAW** |
| | § | |
| **CARLOS AGUILAR,** | § | **NO. 2** |
| | § | |
| **DECEASED** | § | **WEBB COUNTY, TEXAS** |

## NOTICE OF APPEAL OF ORDER DATED FEBRUARY 13, 2015

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COME** Vanessa Arce and Eudelia Aguilar, Co-Administrators herein, and file their Notice of Appeal to the Order signed on February 13, 2015.

## FACTS

On January 13, 2015, Clarissa Aguilar submitted a proposed "Order" to the Court without the benefit of an accompanying motion or other document requesting the relief that she sought in the order. The matters addressed in the order had already been addressed by the Court and ruled upon. Orders had been entered on all of the matters. Co-Administrators filed an Objection to the proposed Order on January 22, 2015. The Court, without benefit of hearing, signed the proposed Order with slight modifications on February 13, 2015. Co-Administrators respectfully file this Notice of Appeal of the February 13, 2015 Order.

24

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Vanessa Arce and Eudelia Aguilar and file this Notice of Appeal to the proposed Order signed on February 13, 2015 for proper review by the Court of Appeals.

Respectfully submitted,

BALMER LAW FIRM, P.C.
10107 McAllister Freeway
San Antonio, Texas 78216
Tel. (210) 617-4600
Fax. (210) 617-4601

By: */s/ David Balmer*
    David G. Balmer
    Texas Bar No. 00790260
    Email: davidb@dbalmerlaw.com
Attorney for Eudelia Aguilar and Vanessa Arce, as Co-Administrators of the Estate of Carlos Aguilar, Deceased

25

## CERTIFICATE OF SERVICE

I certify that on March 13, 2015 a true and correct copy of Notice Of Appeal to the Order Dated February 13, 2015 was served on the following electronically through the electronic filing manager:

Jesus Guillen
Attorney at Law
1308 San Agustin
Laredo, TX 78040
Attorney ad Litem for Carlos Aguilar, Jr.,
Alyssa Nicole Aguilar, Andrew Aguilar,
Marcus Aguilar and Kaylee Annette Aguilar, Minor Children


Ronald Rodriguez
Attorney at Law
915 Victoria Street
Laredo, TX 78040
Attorney for Clarissa Aguilar as Next Friend for
Carlos Aguilar, Jr., Alyssa Nicole Aguilar, Andrew Aguilar,
Marcus Aguilar and Kaylee Annette Aguilar, Minor Children


Jesus M. Dominguez
Attorney at Law
201 W. Hillside, Ste. 17
Laredo, TX 78041
Attorney ad Litem for Carla Aguilar and Karime Aguilar, Minor Children


/s/ David Balmer
David G. Balmer

**CAPTION**

THE STATE OF TEXAS

COUNTY OF WEBB

IN THE COUNTY COURT AT LAW NO.2 OF WEBB COUNTY,

TEXAS, SITTING AS A PROBATE COURT, THE HONORABLE

JESUS GARZA, JUDGE PRESIDING, THE FOLLOWING

PROCEEDINGS WERE HELD AND THE FOLLOWING

INSTRUMENTS AND OTHER PAPER WERE FILED IN THIS CAUSE,

TO WIT:

CIVIL CAUSE NO. **2012PB4000048 L2**

IN THE ESTATE OF
CARLOS AGUILAR

AT LAW NO. 2

WEBB COUNTY, TEXAS
SITTING AS A CRIMINAL COURT

# CERTIFICATE

THE STATE OF TEXAS

COUNTY OF WEBB

I, MARGIE RAMIREZ IBARRA, CLERK OF THE COUNTY COURT AT LAW COURTS OF WEBB COUNTY, TEXAS, DO HEREBY CERTIFY THAT THE DOCUMENTS CONTAINED IN THIS RECORDS, CIVIL CAUSE NO. **2012PB4000048 L2** OF WHICH THIS CERTIFICATE IS ATTACHED ARE ALL OF THE DOCUMENTS SPECIFIED BY TEXAS RULE OF APPELLATE PROCEDURE 34.05(a) AND ALL OTHER DOCUMENTS TIMELY REQUESTED BY A PARTY TO THIS PROCEEDING UNDER TEXAS RULE OF APPELATE PROCEDURE 34.5(B).

GIVEN UNDER MY HAND AND SEAL OF SAID COURT AT THE OFFICE IN THE CITY OF LAREDO, WEBB COUNTY, TEXAS THIS THE 13TH DAY OF **APRIL**, 2015.

MARGIE RAMIREZ IBARRA
CLERK, OF THE COUNTY COURT
WEBB COUNTY, TEXAS
SITTING AS A CIVIL COURT

BY: _____
ROBERTO LOPEZ
DEPUTY CLERK

*for Appellant*

*P. O. Address*

*Attorney*

*for Appellee*

*P. O. Address*

*Attorney*

No. 2012PB4000048 L2

**David Balmer**

*Appellants*

vs.

**Ronald Rodriguez**

*Appellee*

From the **COUNTY** Court of **WEBB** County

*Applied for by* **David Balmer** *Attorney for*

*Appellants* *on the* 13th *day of* **March**

20 15 *, and delivered to Court of Appeals* FOURTH

*on the* 13th *day of* April 20 15

Margie Ramirez Ibarra *Clerk*

*Deputy Clerk*

Roberto Lopez *Court,* Webb *County, Texas*

*Filed in Court of Appeals*

Texas, the _____ day of _____ 20 ___

*Clerk*

*Court of Appeals* *Supreme Judicial*

*District of Texas*

By _____